(67 Hun, 651.)

### HASE, Respondent, v. KENYON, Appellant.

(Supreme Court, General Term, Fourth Department. February 23, 1893.)

Action by John Hase against J. Warren Kenyon.
No opinion. Judgment of the county court and judgment of the justice court modified, by deducting from the amount of damages awarded the sum of $38.58, and by striking out the costs awarded in the county court, and, as so modified, affirmed, without costs of appeal in this court to either party.

---

(67 Hun, 650.)

### HILLIDGE, Respondent, v. PARK, Appellant.

(Supreme Court, General Term, Fourth Department. February 23, 1893.)

Action by James G. Hillidge against Albert B. Park.
No opinion. Order reversed, with $10 costs and disbursements.

---

(67 Hun, 650.)

### HOLMES, Appellant, v. ROPER et al., Respondents.

(Supreme Court, General Term, Fourth Department. February 23, 1893.)

Action by Jerome D. Holmes against William E. Roper and another.
No opinion. Judgment affirmed, with costs. See 10 N. Y. Supp. 284.

---

(67 Hun, 651.)

### KINGSBURY, Respondent, v. TRAFFARN, Appellant.

(Supreme Court, General Term, Fourth Department. February 23, 1893.)

Action by Frederick Kingsbury against Savillian F. Traffarn.
No opinion. Judgment affirmed, with costs.

---

(67 Hun, 650.)

### LAWRENCE et al., Respondents, v. LISCHER, Appellant.

(Supreme Court, General Term, Fourth Department. February 23, 1893.)

Action by George H. Lawrence and another against John W. Lischer.
No opinion. Judgment affirmed, with costs.

---

(67 Hun, 650.)

### LUPTON, Appellant, v. PATTERSON, Respondent.

(Supreme Court, General Term, Fourth Department. February 23, 1893.)

Action by Henry Lupton against Thomas W. Patterson.
No opinion. Order affirmed, with $10 costs and disbursements.

---

(67 Hun, 651.)

### McCARTHY, Respondent, v. McCARTHY, Appellant.

(Supreme Court, General Term, Fourth Department. February 23, 1893.)

Action by Esther Y. McCarthy against Eugene McCarthy.
No opinion. Judgment and order affirmed, with costs of the appeal from the judgment only.